472 A.2d 242

Hoyle v. Hoyle, Jr., Appellant.
Reargument Denied April 3, 1984.
Petition for Allowance of Appeal
Denied July 2, 1984.

 Argued May 13, 1983. Henry W. Sawyer, III, for appellant; Albert Momjian, for appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Orders affirmed.